

Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for consideration of the granted issue in light of *United States v. Sweeney*, 70 M.J. 296 (C.A.A.F. 2011), *United States v. Blazier*, 69 M.J. 218 (C.A.A.F. 2010), and *United States v. Blazier*, 68 M.J. 439 (C.A.A.F. 2010), and to determine whether the erroneous admission of testimonial hearsay in the drug testing report was harmless beyond a reasonable doubt.

BAKER, Judge (dissenting): I would affirm based on the analysis of the Court of Criminal Appeals in this case and based on my separate opinion in *United States v. Sweeney*, 70 M.J. 296, 306–13 (C.A.A.F. 2011) (Baker, J., joined by Stucky, J., concurring in part and dissenting in part).

No. 12–0030/AR. U.S. v. Michael C. Behenna. CCA 20090234. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 11, 2011.

Wednesday, September 21, 2011

